# Court of Appeals
# of the State of Georgia

ATLANTA,   August 13, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0255.   CURTIS D. HUNSINGER et al. v. MORGAN DREXEN INTEGRATED SYSTEMS.**

Upon consideration of this application for interlocutory appeal, it is hereby GRANTED. The appellants shall have ten days from the date of this order to file a notice of appeal with the trial court. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

The parties should address in their appellate briefs whether either the Georgia Debt Reduction Act or the Rules of Professional Conduct of the State Bar of Georgia, if applicable, would bar enforcement of the arbitration clause.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/13/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*